# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carlott Lee Dixon,<br><br>    Plaintiff(s),<br><br>v.<br><br>SNRHA, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-01609-JAD-NJK<br><br>**Report and Recommendation** |

On August 29, 2025, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 3. The Court dismissed the complaint for failing to state a claim and failing to substantiate federal subject matter jurisdiction:

> Plaintiff's complaint in this case is largely blank. It would appear that this is a landlord-tenant dispute in which Plaintiff claims she was wrongfully evicted and that her property was damaged. The complaint fails to comply with the Rule 8 requirements to set forth coherently who is being sued, for what relief, and on what theory, with enough detail to guide discovery. Moreover and significantly, the complaint fails to explain how this federal court has jurisdiction over a landlord-tenant dispute. Although the complaint indicates that the case involves "a federal law or right," the complaint does not identify any federal law or right that is implicated in the case. Hence, the complaint fails to show that federal law creates the cause of action or that a substantial question of federal law is a necessary element.

Docket No. 3 at 3 (internal citations omitted). The Court ordered Plaintiff to file an amended complaint by September 19, 2025, warning that failing to do so "**will result in the recommended dismissal of this case**." *Id.* at 4 (emphasis in original).

Despite that warning, Plaintiff has not filed an amended complaint or sought extension of the subject deadline. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: September 29, 2025

                                                                          _____
                                                                          Nancy J. Koppe
                                                                          United States Magistrate Judge

## **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).