# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carlott Lee Dixon,<br><br>　　　　Plaintiff<br><br>v.<br><br>SNRHA, et al.,<br><br>　　　　Defendant | Case No. 2:25-cv-01609-JAD-NJK<br><br>**Order Adopting Report and Recommendation**<br><br>ECF No. 6 |

On 9/29/25, the magistrate judge entered this report and recommendation [ECF No. 6]:

> On August 29, 2025, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e).  Docket No. 3.  The Court dismissed the complaint for failing to state a claim and failing to substantiate federal subject matter jurisdiction:
>
>> Plaintiff's complaint in this case is largely blank.  It would appear that this is a landlord-tenant dispute in which Plaintiff claims she was wrongfully evicted and that her property was damaged.  The complaint fails to comply with the Rule 8 requirements to set forth coherently who is being sued, for what relief, and on what theory, with enough detail to guide discovery.  Moreover and significantly, the complaint fails to explain how this federal court has jurisdiction over a landlord-tenant dispute.  Although the complaint indicates that the case involves "a federal law or right," the complaint does not identify any federal law or right that is implicated in the case.  Hence, the complaint fails to show that federal law creates the cause of action or that a substantial question of federal law is a necessary element.
>
> Docket No. 3 at 3 (internal citations omitted).  The Court ordered Plaintiff to file an amended complaint by September 19, 2025, warning that failing to do so "**will result in the recommended dismissal of this case**."  *Id.* at 4 (emphasis in original).
>
> Despite that warning, Plaintiff has not filed an amended complaint or sought extension of the subject deadline.  Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

　　　Dated: September 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## ORDER

The deadline for any party to object to this recommendation was 10/13/25, and no party filed anything or asked to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 6] is ADOPTED in its entirety, and THIS CASE IS DISMISSED** for the reasons stated in the report and recommendation.  **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 20, 2025